702 A.2d 690

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,

v.

Andrew Mark STEINBERG, Respondent.

Misc. Docket AG, No. 62, Sept. Term, 1997.

Court of Appeals of Maryland.

Nov. 13, 1997.

ORDER

Upon consideration of the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Andrew Mark Steinberg, it is this 13th day of November, 1997,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Andrew Mark Steinberg, be, and he is hereby reprimanded for misconduct as set forth in the Joint Petition.